1  COLT B. DODRILL, ESQ.
   Nevada Bar No. 9000
2  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
3  6689 Las Vegas Blvd. South, Suite 200
   Las Vegas, NV 89119
4  (702) 727.1264; FAX (702) 727.1401
   colt.dodrill@wilsonelser.com
5  *Attorneys for Defendants*
   *Kumar Varinder and RIG Logistics, Inc.*
6

7              UNITED STATES DISTRICT COURT

8                    DISTRICT OF NEVADA

9

10 AVTANDIL MIKADZE,                     Case No.    3:25-cv-00377-CLB

11         Plaintiff,                    **Order Granting Stipulation to**
                                         **Dismiss with Prejudice**
12     vs.

13 KUMAR VARINDER: RIG LOGISTICS,
   INC.; DOES 1 THROUGH 5, and ROE
14 CORPORATIONS 1 through 5;

15         Defendants.

16
        The parties stipulate to dismiss with prejudice, each to bear their own fees and costs. No
17
   trial date was scheduled.
18

   | BENSON & BINGHAM | WILSON ELSER |
   |---|---|
   | BY: */s/ Dane M. Watson* | |
   | DANE M. WATSON, ESQ. | BY: */s/ Colt B. Dodrill* |
   | Nevada Bar No. 13982 | COLT B. DODRILL, Esq. |
   | Attorney for Plaintiff | Nevada Bar No. 9000 |
   | | Attorney for Defendants |
   | DATED this 18th day of November, 2025. | It is so ordered.<br><br>DISTRICT JUDGE |

Page 1 of 1

324225045v.1
324225045v.1